IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 21-0298

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

SARAH MARIE STRONG,

      Defendant and Appellant.

## GRANT

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until May 26, 2022, to prepare, file, and serve the Appellant's reply brief.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 26 2022